MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
PATERNO C. JURANI, ESQ.
Nevada Bar No. 008136
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
P: (702) 384-4012
F: (702) 383-0701
mfederico@ocgattorneys.com
pjurani@ocgattorneys.com
Attorney for Defendant
*Costco Wholesale Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WHITNEY CAROL HARPER, <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, <br><br> Defendants. | CASE NO. 2:24-cv-01536-JAD-MDC <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIM FOR LOSS OF PAST AND FUTURE WAGES AND EARNING CAPACITY** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that Plaintiff WHITNEY CAROL HARPER'S claim for loss of past and future wages and earning capacity in the above-captioned action against Defendants be dismissed with prejudice.

DATED this 23rd day of October, 2024.

OLSON CANNON & GORMLEY

/s/ *Michael A. Federico, Esq.*
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
las Vegas, Nevada 89129

DATED this 23rd day of October, 2024.

HICKS & BRASIER, PLLC

/s/ *Betsy C. Jefferis-Aguilar, Esq.*
BETSY C. JEFFERIS-AGUILAR, ESQ.
Nevada Bar No.:
2630 S. Jones Blvd.
Las Vegas, NV 89146

1

*Harper v. Costco Wholesale Corporation*
Case No. 2:24-cv-01536-JAD-MDC
Stipulation and Order for Dismissal With Prejudice of Plaintiff's
Claim for Loss of Past and Future Wages and Earning Capacity

**ORDER**

**Based on the parties' stipulation [16] and with good cause appearing, IT IS ORDERED** that Plaintiff Whitney Carol Harper's claim for loss of past and future wages and earning capacity is DISMISSED with prejudice.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 30, 2024