MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
PATERNO C. JURANI, ESQ.
Nevada Bar No. 008136
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
P: (702) 384-4012
F: (702) 383-0701
mfederico@ocgattorneys.com
pjurani@ocgattorneys.com
Attorney for Defendant
*Costco Wholesale Corporation*

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WHITNEY CAROL HARPER, <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, <br><br> Defendants. | CASE NO. 2:24-cv-01536-JAD-MDC <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY AND RELATED DEADLINES (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED to by all parties, by and through their counsel, that pursuant to LR II 26-3, the discovery cut off and some of the related deadlines in this matter be extended for ninety (90) days from its current deadlines based upon good cause and good faith as follows:

A. **Discovery Completed To Date:**

1. The Plaintiff presented her FRCP 26(a)(1) Initial Disclosures of Documents and Witnesses on September 25, 2024;

2. The Plaintiff presented her FRCP 26(a)(1) First Supplement to Initial Disclosures of Documents and Witnesses on October 23, 2024;

1

3. The Plaintiff presented her FRCP 26(a)(1) Second Supplement to Initial Disclosures of Documents and Witnesses on November 22, 2024;

4. The Plaintiff presented her FRCP 26(a)(1) Third Supplement to Initial Disclosures of Documents and Witnesses on December 2, 2024;

5. The Plaintiff presented her FRCP 26(a)(1) Fourth Supplement to Initial Disclosures of Documents and Witnesses on February 3, 2025;

6. Defendant presented its FRCP 26(a)(1) Initial Disclosures of Documents and Witnesses on September 12, 2024;

7. Defendant presented its FRCP 26(a)(1) First Supplement to Initial Disclosures of Documents and Witnesses on October 28, 2024;

8. Defendant presented its FRCP 26(a)(1) Second Supplement to Initial Disclosures of Documents and Witnesses on October 29, 2024;

9. Defendant presented its FRCP 26(a)(1) Third Supplement to Initial Disclosures of Documents and Witnesses on November 8, 2024;

10. Defendant presented its FRCP 26(a)(1) Fourth Supplement to Initial Disclosures of Documents and Witnesses on December 5, 2024;

11. Defendant presented its FRCP 26(a)(1) Fifth Supplement to Initial Disclosures of Documents and Witnesses on December 20, 2024;

12. Defendant presented its FRCP 26(a)(1) Sixth Supplement to Initial Disclosures of Documents and Witnesses on December 23, 2024;

13. Defendant presented its FRCP 26(a)(1) Seventh Supplement to Initial Disclosures of Documents and Witnesses on January 16, 2025;

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

14. Defendant presented its FRCP 26(a)(1) Eighth Supplement to Initial Disclosures of Documents and Witnesses on February 6, 2025;

15. Defendant presented its FRCP 26(a)(1) Ninth Supplement to Initial Disclosures of Documents and Witnesses on February 10, 2025;

16. Plaintiff propounded Interrogatories, Requests for Production of Documents and Requests for Admission and Defendant has responded;

17. Defendant propounded Interrogatories and Requests for Production of Documents and Plaintiff responded;

18. Defendant propounded a Second Set of Interrogatories and Requests for Production of Documents and Plaintiff responded;

19. Defendant served a First Supplemental Responses to Requests for Production of Documents on January 23, 2025;

20. Defendant served a Second Supplemental Responses to Requests for Production of Documents on February 10, 2025;

21. The deposition of Plaintiff was taken on December 18, 2024;

22. Plaintiff took the deposition of Defendant's employee, Daniel Martinez, on February 11, 2025;

23. Plaintiff took the 30(b)(6) deposition of Defendant, Kurt Kovalenko, on February 11, 2025;

24. Defendant has requested records from:

AWS Health
Bone and Joint Specialists
CareNow Urgent Care
Dynamic Spine & Sport
EOS Fitness
Harp Media & Creative Agency

3

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Fax (702) 383-0701

Injured Lien RX
Interventional Pain & Spine Institute
Lake Mead Radilogy
Las Vegas Injury Pain Center
LVC Surgery Center
Las Vegas Metropolitan Police Department
Medical Associates of Nevada
Mohave Mountain Anesthesia
Pleasanton Police Department
Pueblo Medical Imaging
St. Rose Dominican Hospital – de lima
St. Rose Dominican Hospital – San Martin
St. Rose Dominican Hospital – Siena
Sunrise Hospital and Medical Center
The Neck and Back Clinics
Zen Anesthesia

**B      Discovery That Remains To Be Completed:**

1.  Depositions of some of Plaintiff's medical providers/experts;

2.  The deposition of Plaintiff's son, Brandon Harper, who is in high school; and

3.  Depositions of Defendant's experts and additional employees.

**C.      Reasons Why Discovery Was Not Completed:**

The parties have been diligently pursuing discovery over the original discovery period. Recently, on February 11, 2025, the depositions of Defendant' Rule 30(b)(6) witness and the involved employee  of the Defendant were taken. Information obtained during those depositions have led to the need for further discovery by the Plaintiff, including more depositions.

Also, expert depositions have not been considered until recently due to the delay with taking depositions of the Defense witnesses and that of the Plaintiff.

In addition, the Defendant still needs to depose Plaintiff's son who was at the warehouse at the time of the incident, along with several treating physicians/experts. Plaintiff's son has a

very busy high school student schedule with school all day, followed by sports.   It is anticipated that this deposition will take place on  a Saturday.

### Proposed Schedule for Completing Discovery:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Last day to amend or add | November 20, 2024 | Closed |
| Initial expert disclosures | December 20, 2024 | Closed |
| Rebuttal expert disclosures | January 17, 2025 | Closed |
| Discovery cut off | February 18, 2025 | May 19, 2025 |
| Dispositive Motions | March 20, 2025 | June 18, 2025 |
| Pre-Trial Order | April 21, 2025 | July 1, 2025 |

DATED this 19th day of February, 2025.

OLSON CANNON & GORMLEY

/s/ Michael A. Federico, Esq.

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant
*Costco Wholesale Corporation*

DATED this 19th day of February, 2025.

HICKS & BRASIER, PLLC

/s/ Betsy C. Jefferis-Aguilar, Esq.

BETSY C. JEFFERIS-AGUILAR, ESQ.
Nevada Bar No.:
2630 S. Jones Blvd.
Las Vegas, NV 89146
Attorney for Plaintiff

///

///

///

///

///

///

///

///

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

*Harper v. Costco*
Case No. 2:24-cv-01536-JAD-MDC
Stipulation and Order to Extend Discovery and Related Deadlines (First Request)

## ORDER

IT IS HEREBY ORDERED that the deadlines in the above-captioned matter

be extended as follows:

|  | Date |
|---|---|
| Last day to amend or add | Closed |
| Initial expert disclosures | Closed |
| Rebuttal expert disclosures | Closed |
| Discovery cut off | May 19, 2025 |
| Dispositive Motions | June 18, 2025 |
| Pre-Trial Order | July 1, 2025 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

IT IS SO ORDERED.

Submitted by:

OLSON CANNON & GORMLEY

/s/ Michael A. Federico, Esq.

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Attorney for Defendant
*Costco Wholesale Corporation*

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 2.20.2025

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

6