MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
PATERNO C. JURANI, ESQ.
Nevada Bar No. 008136
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
P: (702) 384-4012
F: (702) 383-0701
mfederico@ocgattorneys.com
pjurani@ocgattorneys.com
Attorney for Defendant
*Costco Wholesale Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WHITNEY CAROL HARPER,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-01536-JAD-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 31 |

Plaintiff WHITNEY CAROL HARPER and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendant in said captioned action is and are hereby dismissed with prejudice.

///

///

///

///

///

1

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this 18th day of November, 2025.　　　DATED this ___ day of November, 2025.

OLSON CANNON & GORMLEY　　　　　　　HICKS & BRASIER, PLLC

/s/ Michael A. Federico, Esq.
_____　　　　_____
MICHAEL A. FEDERICO, ESQ.　　　　　　ALISON M. BRASIER, ESQ.
Nevada Bar No. 005946　　　　　　　　　　Nevada Bar No.: 010522
9950 West Cheyenne Avenue　　　　　　　2630 S. Jones Blvd.
Las Vegas, Nevada 89129　　　　　　　　　Las Vegas, NV 89146
Attorneys for Defendant　　　　　　　　　　Attorney for Plaintiff
*Costco Wholesale Corporation*

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this ___ day of November, 2025.          DATED this ___ day of November, 2025.

OLSON CANNON & GORMLEY                         HICKS & BRASIER, PLLC


_____                    _____
MICHAEL A. FEDERICO, ESQ.                      ALISON M. BRASIER, ESQ.
Nevada Bar No. 005946                          Nevada Bar No.: 010522
9950 West Cheyenne Avenue                      2630 S. Jones Blvd.
Las Vegas, Nevada 89129                        Las Vegas, NV 89146
Attorneys for Defendant                        Attorney for Plaintiff
*Costco Wholesale Corporation*

## ORDER

Based on the parties' stipulation **[ECF No. 31]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 20, 2025

Respectfully submitted by:
OLSON CANNON & GORMLEY

*/s/ Michael A. Federico, Esq.*
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant

2